### NEISNER BROTHERS, Inc v SHAFER

Ohio Supreme Court
No. 22830. Decided Oct 28, 1931

Marshall, CJ, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**